Guy T. HELVERING, Commissioner, etc., v.
H. A. GREEN.

No. 8305.

Circuit Court of Appeals, Ninth Circuit.

Aug. 17, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, of Washington, D. C., for petitioner.

O. A. Neal, of Portland, Or., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, ordered petition for review dismissed, and judgment of dismissal filed and entered.

Houston HILL, Appellant, v. UNITED STATES of America, Appellee.

No. 7313.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1936.

John T. Shea, of Memphis, Tenn., for appellant.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that it was error to overrule appellant's motion to suppress the evidence seized on the search of the building on Vance avenue just east of appellant's Tri-State Lunch Room and to admit in evidence testimony of the witness Skaggs as to what he observed and seized on the search of the said building, it is ordered that the judgment be reversed and the cause remanded for a new trial.

HILLERICH & BRADSBY, Incorporated, a Kentucky Corporation, v. Leon C. LIPPMAN.

No. 6973.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1936.

Kahn & Pylkas, of Detroit, Mich., for appellant.

Abe A. Schmier and Irwin I. Cohn, both of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that the evidence does not support the specifications in opposition to the acceptance of the composition offer of the appellee, the order herein appealed from is affirmed.

Henry H. HOCHMUTH et al., Appellants, v. FARM MORTGAGE HOLDING COMPANY.

No. 10643.

Circuit Court of Appeals, Eighth Circuit.

May 19, 1936.

Warren S. Earhart, Guy W. Rice, and Leon Greenebaum, all of Kansas City, Mo., for appellants.

R. B. Caldwell and John F. Reinhardt, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed with costs, on motion of appellee, for failure to comply with provisions of order of April 16, 1936, as to service and filing of printed record and briefs.